## Maurice W. Shoup, Appellant, v. Alexander Motor Garage, Inc. and T. Spalla, Appellees.

**Gen. No. 44,008.**

opinion filed December 10, 1947; released for publication January 19, 1948. Clarence W. Shaver, for appellant; Louis E. Levinson, of counsel; Eugene R. Ward, for appellees; Stephen M. Fleming, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.

## Erwin Fields et al., Appellees, v. Joseph S. Berg and Tillie Berg et al., Appellants.

**Gen. No. 44,047.**

opinion filed December 10, 1947; released for publication January 19, 1948. Teller, Levit & Silvertrust, for appellants; David I. Spark, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.